# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08-063 (JRT/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| CAROLYN M. LOUPER-MORRIS (1) | |
| and | |
| WILLIAM J. MORRIS, JR. (2), | |
| Defendants. | |

_____

>  Timothy Rank and David Genrich, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.
>
>  Paul Edlund, **ATTORNEY AT LAW**, 212 Third Avenue North, Suite 545, Minneapolis, MN 55401, for defendant Louper-Morris.
>
>  Thomas Kelly, **KELLY & JACOBSON**, 220 South Sixth Street, Suite 215, Minneapolis, MN 55402, for defendant Morris.

The United States of America, by and through its attorneys, B. Todd Jones, United States Attorney for the District of Minnesota, and Timothy C. Rank and David M. Genrich, Assistant United States Attorneys, moved the Court for an Order correcting and narrowing the Indictment in the above-captioned case. The United States provided a

revised Indictment as an attachment to its motion.  Defendants have agreed to the changes sought in this motion.

Based on a review of the motion and the arguments of the parties, the Court concludes that it is appropriate to grant the motion.  Accordingly, **IT IS HEREBY ORDERED** that the United States' motion to correct and narrow the Indictment [Docket No. 56] is **GRANTED**.


Dated: January 6, 2010
at Minneapolis, Minnesota
                                      ____s/ John R. Tunheim____
                                          JOHN R. TUNHEIM
                                     United States District Judge