UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08-063 (JRT/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| CAROLYN M. LOUPER-MORRIS (1) | |
| and | |
| WILLIAM J. MORRIS, JR. (2), | |
| Defendants. | |

_____

Timothy Rank and David Genrich, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Paul Edlund, **ATTORNEY AT LAW**, 212 Third Avenue North, Suite 545, Minneapolis, MN 55401, for defendant Louper-Morris.

Lyonel Norris, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant Morris.

The defendants have filed a motion for new trial [Docket No. 96]. **IT IS HEREBY ORDERED** that the government shall respond to said motion by July 30, 2010.

Dated: July 15, 2010
at Minneapolis, Minnesota               ____s/ John R. Tunheim____
                                        JOHN R. TUNHEIM
                                        United States District Judge