UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

UNITED STATES OF AMERICA,

                Plaintiff,

v.

CAROLYN M. LOUPER-MORRIS,

                Defendant.

Criminal No. 08-063(1) (JRT/JSM)

**ORDER**
_____

Timothy Rank and David Genrich, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Paul Edlund, **ATTORNEY AT LAW**, 212 Third Avenue North, Suite 545, Minneapolis, MN 55401, for defendant.

Defendant has filed a motion for release from custody pending appeal [Docket No. 121]. **IT IS HEREBY ORDERED** that the government shall respond to the said motion by November 18, 2010.

DATED: November 4, 2010
at Minneapolis, Minnesota.

                                                    s/ John R. Tunheim
                                                    JOHN R. TUNHEIM
                                                  United States District Judge